*Staff Comment:* Each version would raise the dollar limit from $100 to $200, and would impose a limit on solicitation and acceptance of contributions, rather than just upon solicitation. Version A would prohibit solicitation or acceptance of contributions from corporations, labor organizations, or political action committees. Version B is like Version A, except that solicitation or acceptance of contributions from political parties would also be prohibited. Whereas Version A and Version B would place a $200 limit on solicitation and acceptance of contributions from lawyers, Version C and Version D would place such a limit on contributions from any source. The difference between Version C and Version D is that the former would allow solicitation and acceptance of contributions for 60 days following the general election. See also the language of proposed Canon 5(C)(1)-(3), published at 442 Mich 1216, 1244-1245 (1993).

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered, and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the *Michigan Bar Journal.* When filing a comment, please refer to our file number 93-40.

*Rehearing Denied July 27, 1993:*

CALVERT V LAPEER CIRCUIT JUDGES, No. 91770. Reported at 442 Mich 409.

*Leave to Appeal From Attorney Discipline Board Denied July 30, 1993:*

GRIEVANCE ADMINISTRATOR V FELDMAN, No. 95936. The stay granted pursuant to MCR 9.122(C) is to remain in effect until twenty-one days after the effective date of this order.